AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>Northern District of Illinois |
|---|---|---|
| DOCKET NO.<br>1:26-cv-14659 | DATE FILED | |
| PLAINTIFF<br>Valery Barykin | | DEFENDANT<br>xiangfangfang23 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | A. Martinez | 9/25/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print | Save As... | Reset

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-707**
**Effective Date of Registration:**
November 11, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Chem. laboratory

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** April 09, 2015
**Nation of 1st Publication:** Russia

## Author

- **Author:** Valery Barykin
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Valery Barykin
Generala Ivliyeva Street, 36K2, Nizhny Novgorod, 603105, Russia

## Rights and Permissions

**Name:** Valery Barykin
**Address:** Generala Ivliyeva Street, 36K2
Nizhny Novgorod 603105 Russia

## Certification

**Name:** David Denholm
**Date:** November 11, 2025
**Applicant's Tracking Number:** VB2025111101



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-703**
**Effective Date of Registration:**
November 11, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Hairdresser

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 10, 2014
**Nation of 1st Publication:** Russia

## Author

- **Author:** Valery Barykin
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Valery Barykin
Generala Ivliyeva Street, 36K2, Nizhny Novgorod, 603105, Russia

## Rights and Permissions

**Name:** Valery Barykin
**Address:** Generala Ivliyeva Street, 36K2
Nizhny Novgorod 603105 Russia

## Certification

**Name:** David Denholm
**Date:** November 11, 2025
**Applicant's Tracking Number:** VB2025111103



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-708**
**Effective Date of Registration:**
November 11, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Two and Montmorency in a boat

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 26, 2018
**Nation of 1st Publication:** Russia

## Author

- **Author:** Valery Barykin
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Valery Barykin
Generala Ivliyeva Street, 36K2, Nizhny Novgorod, 603105, Russia

## Rights and Permissions

**Name:** Valery Barykin
**Address:** Generala Ivliyeva Street, 36K2
Nizhny Novgorod 603105 Russia

## Certification

**Name:** David Denholm
**Date:** November 11, 2025
**Applicant's Tracking Number:** VB2025111105



# Certificate of Registration

SEAL·OF·THE·UNITED·STATES·COPYRIGHT·OFFICE·1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-710**
**Effective Date of Registration:**
November 11, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Glory to labor!

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 01, 2015
**Nation of 1st Publication:** Russia

## Author

- **Author:** Valery Barykin
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Valery Barykin
Generala Ivliyeva Street, 36K2, Nizhny Novgorod, 603105, Russia

## Rights and Permissions

**Name:** Valery Barykin
**Address:** Generala Ivliyeva Street, 36K2
Nizhny Novgorod 603105 Russia

## Certification

**Name:** David Denholm
**Date:** November 11, 2025
**Applicant's Tracking Number:** VB2025111102


СЛАВА ТРУДУ!
СССР

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-709**
**Effective Date of Registration:**
November 11, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Hop in, I'll give you a ride!

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** April 11, 2014
**Nation of 1st Publication:** Russia

## Author

- **Author:** Valery Barykin
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Valery Barykin
Generala Ivliyeva Street, 36K2, Nizhny Novgorod, 603105, Russia

## Rights and Permissions

**Name:** Valery Barykin
**Address:** Generala Ivliyeva Street, 36K2
Nizhny Novgorod 603105 Russia

## Certification

**Name:** David Denholm
**Date:** November 11, 2025
**Applicant's Tracking Number:** VB2025111104


A 3 C